IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:12CR00082-SA-JMV

LAURA VANHORN

## ORDER REDUCING BOND

Before the court is Defendant Laura Vanhorn's motion [10] for reduction of bond. For good cause shown and being advised that the government has no objection, the court is of the opinion that the motion should be granted. Accordingly, the amount necessary to secure the $10,000.00 bond set by this court on August 3, 2012, is hereby reduced to 5 %. All other conditions of release set herein shall remain unchanged.

**SO ORDERED** this, the 7th day of August, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE